UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES L. RAFFERTY JR.,

                Plaintiff,

      -against-

PATRICIA GILLETTE RAFFERTY; NEV A
PATRIC,

                Defendants.

25-cv-6314 (PAC)

CIVIL JUDGMENT

For the reasons stated in the January 13, 2026 , order, this action is dismissed for lack of subject matter jurisdiction.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 5, 2026
            New York, New York

                /s/ Paul A. Crotty
                    PAUL A. CROTTY
               United States District Judge